**Order entered September 19, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00366-CV

### CARLOS A.L. VAUGHN, ET AL., Appellants

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-02427

## ORDER

Before the Court is appellants' September 18, 2019 second motion for an extension of time to file their respective briefs on the merits. We **GRANT** the motion and extend the time to **October 9, 2019**. We caution appellants that further extension requests will not be granted absent exigent circumstances.

/s/     KEN MOLBERG
          JUSTICE